UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

CLIFFORD S. PERLMAN,
Trustee of the Marilyn
Tredwell Family Insurance Trust,

        Plaintiff(s),

v.

CHERYL LIPSIUS, ESQ.,
IRA LIPSIUS, ESQ.
AND SCHINDEL, FARMAN,
LIPSIUS, GARDNER & RABINOVICH, LLP,

        Defendant(s).
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Cheryl Lipsius, Esq., Ira Lipsius, Esq. and Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, through undersigned counsel and pursuant to 28 U.S.C. §1441 and §1446, set forth their grounds for removal as follows:

### Grounds for Removal

1.    Clifford S. Perlman, as Trustee of the Marilyn Tredwell Family Insurance Trust, initiated claims for professional negligence and conversion against the Defendants in the Circuit Court of the 11th Judicial Circuit in Miami Dade County Florida, case no: 11-14899 CA 31.



2. In the complaint, Perlman has sued the Defendants in connection with their representation of the Trust in a separate lawsuit filed against Lincoln National Life Insurance Company. Plaintiff has alleged the case settled, with the Trust being owed $290,000. Funds in that amount were deposited into the Schindel Firm's trust account. Perlman alleges that this money was then improperly released to a third party, Eli Verschleiser, who converted the funds.

3. Plaintiff Clifford S. Perlman is a resident of the State of Florida, with his principal residence at 19333 Collins Avenue, Unit 407, Sunny Isles Beach Florida, 33160.[1]

4. At all times material to this action, Defendant Ira Lipsuius was — and remains — a resident of the State of New York. He is a partner at the Schindel law firm, and maintains his principal place of business at 14 Penn Plaza, Suite 500, New York, New York 10122.[2]

5. At all times material to this action, Defendant Cheryl Lipsius was — and remains — a resident of the State of New York. She is a partner at the Schindel law firm, and maintains her principal place of business at 14 Penn Plaza, Suite 500, New York, New York 10122.[3]

---

[1]    Plaintiff's Complaint, ¶3.

[2]    Plaintiff's Complaint, ¶5.

[3]    Plaintiff's Complaint, ¶4.



6. At all times material to this action, the Defendant law firm Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP is a New York limited-liability partnership. Its principal place of business is 14 Penn Plaza, suite 500, New York, New York 10122.[4]

7. This is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1) and is subject to removal under 28 U.S.C. §1441. This civil action is between citizens of different states, and the matter in controversy exceeds the sum of $75,000 exclusive of interest, attorney's fees and costs.

8. The lawsuit was filed on May 6, 2011, but service of process was not perfected until July 20, 2011.

9. This petition for removal was filed within 30 days from the date upon which the Defendants were first served: July 20, 2011. Therefore, this petition is timely under 28 U.S.C. §1446(b).

10. Copies of all process, pleadings, and orders served upon the Defendants as of the date of this Notice are attached as composite Exhibit "A."

11. Pursuant to 28 U.S.C. §1446, the Defendants will give prompt notice of this Petition for Removal to all parties of record and to the Clerk of the Circuit Court for Miami-Dade County.

WHEREFORE, Defendants, Cheryl Lipsius, Esq., Ira Lipsius, Esq. and Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, request this Court remove

---

[4] Plaintiff's Complaint, ¶6.



Case Number:
Page 4

this action to the United States District Court for the Southern District of Florida.

Respectfully submitted,

KLEIN GLASSER PARK LOWE & PELSTRING, P.L.
Counsel for Defendants
Two Datran Center – Suite 1225
9130 S. Dadeland Blvd
Miami, FL  33156
Phone: 786.219.2249
Fax:    305.670.8592
Email: lowej@kgplp.com  and jonesr@kgplp.com


By: *//s// Joseph H. Lowe*
     JOSEPH H. LOWE
     Florida Bar No. 0273716
     RICHARD M. JONES
     Florida Bar No. 059097



Case Number:
Page 5

# CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the Court via cm/ecf on this 19th day of August, 2011 and emailed it to: Andrew Byrne, Esq., Becker & Poliakoff, P.A., Alhambra Towers, 121 Alhambra Plaza, 10th Floor, Coral Gables, FL  33134.

    Respectfully submitted,

    KLEIN GLASSER PARK LOWE & PELSTRING, P.L.
    Counsel for Defendants
    Two Datran Center – Suite 1225
    9130 S. Dadeland Blvd
    Miami, FL   33156
    Phone: 786.219.2249
    Fax:     305.670.8592
    Email: lowej@kgplp.com  and  jonesr@kgplp.com


By: *//s// Joseph H. Lowe*
    JOSEPH H. LOWE
    Florida Bar No. 0273716
    RICHARD M. JONES
    Florida Bar No. 059097

