SERVICES Continued...

| DATE | ATTY | | HOURS | FEE |
|------|------|---|-------|-----|
| 10/13/10 | ISL | Review discovery issues | 0.1 | 45.00 |
| 10/13/10 | SB | Complete research; preliminary draft re entitlement to documents in support of materiality theories, especially in insurance/securities matters | 1.5 | 315.00 |
| 10/14/10 | CDL | Office conference with ISL re discovery issues | 0.2 | 60.00 |
| 10/14/10 | CDL | Telephone conversation with Verschleiser; office conference with ISL | 0.5 | 150.00 |
| 10/14/10 | ISL | Telephone conference with Verschleiser | 0.3 | 135.00 |
| 10/14/10 | CDL | Review and analyze emails re discovery issues | 0.1 | 30.00 |
| 10/14/10 | CDL | Follow up on original signature and notarized forms | 0.1 | 30.00 |
| 10/14/10 | CDL | Work on discovery re notary issues | 0.1 | 30.00 |
| 10/14/10 | SB | Review document production to ascertain prevailing version of Trust Agreement and confirmation of notary | 0.6 | 126.00 |
| 10/14/10 | SB | Review of Florida 11th Circuit cases re standards for additional discovery where underwriting and reinsurance considerations are at issue; basis for protection order for records deemed confidential, not privileged | 2.3 | 483.00 |
| 10/14/10 | SB | Review of trust notary issue with CDL | 0.1 | 21.00 |
| 10/14/10 | SB | Analyze documents re motion to compel for references to underwriting considerations as basis not to reinstate | 0.9 | 189.00 |
| 10/14/10 | SB | Review email from Louviere re contention objections, CODEC files, etc. | 0.1 | 21.00 |
| 10/15/10 | SB | Email exchange with Louviere re timing of any motion to compel | 0.1 | 21.00 |
| 10/15/10 | SB | Telephone call to Zeena re client's response on certain discovery demands to be supplemented | 0.1 | 21.00 |
| 10/15/10 | SB | Review documents for additional underwriting and timing (of consideration to reinstate or not) issue for purpose of motion to compel | 0.3 | 63.00 |
| 10/15/10 | SB | Search for following authorities in cases where additional documents ordered produced basis, likelihood of leading to admissible evidence | 0.6 | 126.00 |
| 10/15/10 | SB | Draft portion of memorandum of law re motion to compel | 0.8 | 168.00 |

Continued on following page . . . . . . . . . .

LIPSIUS: 006925

### SERVICES Continued...

| DATE | ATTY | | HOURS | FEE |
|------|------|---|-------|-----|
| 11/03/10 | CDL | Email exchanges with Louviere re depositions and discovery | 0.1 | 30.00 |
| 11/03/10 | CDL | Review file issues re upcoming mediation; e-mail and telephone follow up with A. Joseph; follow up with Verschleiser and Perlman | 0.4 | 120.00 |
| 11/04/10 | CDL | Telephone conversation with Louviere re discovery | 0.2 | 60.00 |
| 11/04/10 | SB | Email exchange with Louviere re status of our amended responses to Lincoln document demands and interrogatories; office conference with CDL re same | 0.6 | 126.00 |
| 11/04/10 | SB | Revise 30(b)(6) deposition notice to details issues re Lincoln's case theory as described in its sixth affirmative defense | 2.7 | 567.00 |
| 11/04/10 | SB | Office conference with CDL to review 30(b)(6) deposition notice and to review status of any additional responsive documents from Verschsleiser/Luxury/Apollo | 0.2 | 42.00 |
| 11/04/10 | CDL | Telephone conference and emails with opposing counsel re depositions | 0.3 | 90.00 |
| 11/05/10 | CDL | Teleconference with SB re 30(b)(6); review 30(b)(6) | 0.3 | 90.00 |
| 11/05/10 | SB | Email exchange with Louviere re additional production (from and to Lincoln) | 0.3 | 63.00 |
| 11/05/10 | CDL | Edit 30(b)(6) | 0.2 | 60.00 |
| 11/05/10 | CDL | Review correspondence from Louviere re depositions and subpoenas | 0.1 | 30.00 |
| 11/08/10 | CDL | Review of email exchanges re discovery issues | 0.2 | 60.00 |
| 11/08/10 | CDL | Email exchanges with Louviere; email exchanges with ISL; email exchanges with A. Joseph; office conference with ISL | 0.3 | 90.00 |
| 11/08/10 | CDL | Office conference with SB re discovery issues | 0.3 | 90.00 |
| 11/08/10 | CDL | Review letters from Louviere re discovery issues on Luxury documents | 0.2 | 60.00 |
| 11/08/10 | SB | Email from Louviere re response to our efforts to resolve document objections (14) and timing of motions to compel | 0.6 | 126.00 |
| 11/08/10 | SB | Office conference with CDL re Luxury documents needed for response to Lincoln demands, including accounts, unredacted checks and statements | 0.3 | 63.00 |

Continued on following page . . . . . . . . . .

LIPSIUS: 006931

## SERVICES Continued...

| DATE | ATTY | | HOURS | FEE |
|------|------|---|-------|-----|
| 11/10/10 | CDL | Telephone conversation with Veschleiser and ISL; office conference with ISL; review cases for summary judgment motion and mediation statement | 1.0 | 300.00 |
| 11/10/10 | CDL | Work on Perlman discovery issues | 0.4 | 120.00 |
| 11/10/10 | ISL | Review issues; legal research; telephone conference with Verschleiser | 0.9 | 405.00 |
| 11/10/10 | SB | Conference call with CDL and Verschleiser re additional documents to respond to valid Lincoln demands; phone calls by Berkkowitz to Lincoln re status of policy and request for Verschleiser for additional details of same | 0.3 | 63.00 |
| 11/10/10 | SB | Add Lincoln additional objections to categorization of issues for court review in conjunction with motion to compel | 0.3 | 63.00 |
| 11/10/10 | SB | Continued drafting of discussion, by subject category, of our objections to Lincoln responses to our production demands, for motion to compel purposes | 1.7 | 357.00 |
| 11/10/10 | SB | Office conference with CDL re additional production to Lincoln | 0.1 | 21.00 |
| 11/11/10 | CDL | Research on Florida website re agent licensing and terminations | 0.4 | 120.00 |
| 11/11/10 | CDL | Office conference with ISL; telephone conference with A. Joseph; outline open discovery issues; email to Perlman re options at mediation | 0.4 | 120.00 |
| 11/11/10 | CDL | Telephone conversation with Verschleiser; notes to file | 0.1 | 30.00 |
| 11/11/10 | CDL | Review issues on motion to compel; email exchanges with Verschleiser | 0.6 | 180.00 |
| 11/11/10 | CDL | Work on mediation statement; research files and documents | 1.5 | 450.00 |
| 11/11/10 | SB | Teleconference with Zeena re status of discovery, confirming additional Perlman (Luxury and Multi Capital) documents to be made available following our receipt and review of same, and related discovery issues | 0.2 | 42.00 |
| 11/11/10 | SB | Continued research re motion to compel | 0.7 | 147.00 |
| 11/11/10 | SB | Continued drafting of motion to compel with incorporation of legal argument to review categories including points addressing Lincoln additional objection | 1.7 | 357.00 |

Continued on following page . . . . . . . . .

LIPSIUS: 006933

## SERVICES Continued...

| DATE | ATTY | | HOURS | FEE |
|------|------|---|-------|-----|
| 11/12/10 | CDL | Telephone conversation with A. Joseph re mediation issues; preparation for mediation | 0.3 | 90.00 |
| 11/12/10 | CDL | Work on mediation statement; email exchange with Ahuva | 0.6 | 180.00 |
| 11/12/10 | SB | Telephone calls (2X) with Louviere re status of Tredwell additional production and other Perlman responses | 0.3 | 63.00 |
| 11/12/10 | SB | Email A. Joseph re 30(b)(6) notice for review, service, filing | 0.2 | 42.00 |
| 11/14/10 | CDL | Review documents in support of mediation statement | 0.5 | 150.00 |
| 11/14/10 | SB | Draft and revise motion to compel with incorporation of Zeena review categories and additional objection | 4.1 | 861.00 |
| 11/14/10 | SB | Additional research re motion to compel - including  Griffin and related cases | 1.1 | 231.00 |
| 11/15/10 | CDL | Read and edit motion to compel | 0.5 | 150.00 |
| 11/15/10 | CDL | Review issues re mediation statement | 0.2 | 60.00 |
| 11/15/10 | CDL | Office conference with SB re issues for mediation statement; email to Verschleiser | 0.2 | 60.00 |
| 11/15/10 | ISL | Work on mediation statement | 0.6 | 270.00 |
| 11/15/10 | CDL | Review Berkowitz subpoena | 0.1 | 30.00 |
| 11/15/10 | CDL | Review documents in support of mediation statement; follow up email to Verschleiser | 2.4 | 720.00 |
| 11/15/10 | CDL | Review motion to compel | 0.4 | 120.00 |
| 11/15/10 | CDL | Research re mediation statement; search for documents in support of mediation statement | 0.5 | 150.00 |
| 11/15/10 | CDL | Work on mediation statement | 3.5 | 1,050.00 |
| 11/15/10 | ISL | Travel to Miami; legal research in preparation for mediation; supplement mediation report (actual. 6.5, billed at 4) | 4.0 | 1,800.00 |
| 11/15/10 | SB | Drafting and revisions; forwarding of "eyes only" mediation statement | 10.4 | 2,184.00 |
| 11/15/10 | SB | Research re 11th Circuit and Florida decisions re incontestability statute | 0.6 | 126.00 |
| 11/15/10 | SB | Review email form Louviere re status of bank statements from Multi Capital | 0.1 | 21.00 |
| 11/16/10 | CDL | Teleconferences with ISL | 0.2 | 60.00 |
| 11/16/10 | PL | Review and revise Memorandum of Law re motion to compel | 0.2 | 17.00 |
| 11/16/10 | CDL | Work on issues re mediation; telephone calls to ISL, Ahuva, etc.; review file documentation for support for check | 1.5 | 450.00 |
| 11/16/10 | CDL | Teleconference with ISL re mediation | 0.1 | 30.00 |

Continued on following page . . . . . . . . .

LIPSIUS: 006934

## SERVICES Continued...

| DATE | ATTY | | HOURS | FEE |
|------|------|---|-------|-----|
| 11/16/10 | ISL | Prepare for mediation; meet with Perlman and Tredwell in preparation for mediation; attend mediation; return travel (actual 13.5 billed as 10.5) | 10.5 | 4,725.00 |
| 11/16/10 | SB | Complete drafting and revisions to motion to compel | 2.6 | 546.00 |
| 11/16/10 | SB | Draft Certificate of Good Faith Effort re motion to compel | 0.3 | 63.00 |
| 11/16/10 | SB | Assemble and integrate references to documents in support of motion to compel | 1.1 | 231.00 |
| 11/16/10 | SB | Transmittal to Court ore motion to compel | 0.2 | 42.00 |
| 11/16/10 | SB | Telephone calls (2X) with office of A. Joseph re arrangements to file and serve motion to compel | 0.2 | 42.00 |
| 11/17/10 | CDL | Telephone conversation with Perlman | 0.1 | 30.00 |
| 11/17/10 | ISL | Telephone conference with Zeena - ISL countered with $260,000 + 30,000; telephone conference with Verschleiser - he would like to consider continuing the litigation | 0.4 | 180.00 |
| 11/18/10 | CDL | Office conference with ISL re settlement issues | 0.1 | 30.00 |
| 11/18/10 | ISL | Telephone conference with Perlman; draft report to client | 0.3 | 135.00 |
| 11/18/10 | CDL | Telephone conversation with Ahuva; review email exchanges re settlement | 0.1 | 30.00 |
| 11/18/10 | ISL | Telephone conference with Verschleiser re settlement issue | 0.3 | 135.00 |
| 11/18/10 | CDL | Telephone conversation with opposing counsel re settlement issues; email to Verschleiser and Perlman re payment; office conference with ISL re settlement issues; email to opposing counsel with W-9 | 0.4 | 120.00 |
| 11/18/10 | CDL | Telephone conversation with Verschleiser | 0.1 | 30.00 |
| 11/19/10 | CDL | Draft letter; email to Zeena with wire instructions; telephone conversation whether letter is sufficient- he will speak to client as to what they require; email exchange with Ahuva | 0.3 | 90.00 |
| 11/19/10 | CDL | Telephone conference with mediator | 0.2 | 60.00 |
| 11/22/10 | CDL | Review 3 court orders | 0.1 | 30.00 |
| 11/22/10 | CDL | Telephone conference with Louviere re release; documentation needed for funds to be sent to our account; court orders | 0.2 | 60.00 |
| 11/22/10 | CDL | Telephone call | 0.1 | 30.00 |

Continued on following page . . . . . . . . .