UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-23001-CIV-MORENO

CLIFFORD S. PERLMAN
Trustee of the Marilyn Tredwell Family Insurance
Trust,

    Plaintiff,

vs.

CHERYL LIPSIUS, ESQ.,
IRA LIPSIUS, ESQ.
AND SCHINDEL, FARMAN, LIPSIUS, GARDNER
& RABINOVICH, LLP,

    Defendants.

vs.

LUXURY MARKETING & SALES, LLC,

    Third-Party Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **January 25, 2013**, judgment is entered in favor of the defendants, Cheryl Lipsius, Esq., Ira Lipsius, Esq., and Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, and in favor of the third-party defendant, Luxury Marketing & Sales, LLP.

DONE AND ORDERED in Open Court at Miami, Florida, this 29th day of January, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record